IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Cathy George,<br><br>      Plaintiff,<br><br>      *v.*<br><br>Dekalb County Sheriff's Office Deputy and U.S. Marshals Service Special Deputy Ja'Rad L. Hunt; Fourteen Unknown Law Enforcement Officers; and John Does, all sued in their individual capacities, and United States of America,<br><br>      Defendants. | Civil Action No.<br><br>1:25-cv-06059-JPB |

**NOTICE OF SUBSTITUTION OF UNITED STATES AS DEFENDANT AS TO TORT CLAIMS BROUGHT AGAINST DEFENDANT SPECIAL DEPUTY JA'RAD L. HUNT**

PLEASE TAKE NOTICE that, pursuant to the Federal Employees Liability Reform and Tort Compensation Act of 1988 ("Westfall Act"), Pub. L. No. 100-694 §§ 5, 6, 102 Stat. 4563 (1988) (codified at 28 U.S.C. § 2679), the United States of America is hereby substituted as defendant in this action for Ja'rad Hunt, former Special Deputy U.S. Marshals, in his individual capacity, as to the Federal Torts Claims Act claims against him. The grounds for this substitution are:

1.

The Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671, et seq., as amended by the Westfall Act, provides that a suit against the United States shall

be the exclusive remedy for persons with claims for damages resulting from the actions of federal employees taken within the scope of their office or employment. 28 U.S.C. § 2679(b)(1).

2.

Section 6 of the Westfall Act provides that upon certification by the Attorney General that a federal employee was acting within the scope of his office or employment at the time of the  incident giving rise to a tort claim against him, any civil action arising out of the incident "shall be deemed an action against the United States . . . and the United States shall be substituted as the party defendant" for such claim. 28 U.S.C. § 2679(d)(1). The Attorney General has delegated certification authority to the United States Attorneys under 28 C.F.R. §§ 15.3, 15.4(a).

3.

Ja'rad Hunt has been sued in his individual capacity for tort claims arising from his actions as a specially deputized U.S. Marshal and member of the United States Marshals Service Southeast Regional Fugitive Task Force member attempting to execute warrants.

4.

The United States Attorney for the Northern District of Georgia has certified that, at the time of the conduct alleged in the complaint attributed to

defendants Ja'rad L. Hunt was acting within the scope of his federal employment.

5.

For the foregoing reasons, by operation of law, the United States is substituted as Defendant in place of Defendant Ja'rad L. Hunt as to all Federal Tort Claims Act claims asserted against him.

6.

The Court is respectfully referred to the Certification document certifying that Ja'rad Hunt was acting within the scope of his employment with the U.S. Marshals Service at the time of the acts or omissions attributed to him in the allegations of the Complaint, which Certification is filed contemporaneously with this substitution as Attachment "A".

Dated: March 13, 2026.

THEODORE S. HERTZBERG
*United States Attorney*

*/s/ Kathleen A. Taylor*
KATHLEEN A. TAYLOR
*Assistant United States Attorney*
Georgia Bar No. 973286
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303
Telephone: 404-581-6004
Kathleen.Taylor@usdoj.gov
*Counsel for Ja'Rad L. Hunt and the*
*United States of America*

3

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing document has been prepared using Book Antigua, 13-point font.

Dated: March 13, 2026.

/s/ *Kathleen A. Taylor*
KATHLEEN A. TAYLOR
*Assistant United States Attorney*
Georgia Bar No. 973286
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303
Telephone: 404-581-6004
Kathleen.Taylor@usdoj.gov
*Counsel for Ja'Rad L. Hunt and the United States of America*

## CERTIFICATE OF SERVICE

I served this document today by filing it using the Court's CM/ECF

system, which automatically notifies the parties and counsel of record.

Dated: March 13, 2026.

/s/ *Kathleen A. Taylor*
KATHLEEN A. TAYLOR
*Assistant United States Attorney*
Georgia Bar No. 973286
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303
Telephone: 404-581-6004
Kathleen.Taylor@usdoj.gov
*Counsel for Ja'Rad L. Hunt and the*
*United States of America*