IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CATHY GEORGE,

   Plaintiff,

v.

SPECIAL DEPUTY JA'RAD L. HUNT, et al.,

   Defendants.

Civil Action File No.
1:25-cv-06059-JPB

## CERTIFICATION

Pursuant to 28 U.S.C. § 2679(d)(1) and 28 C.F.R. 15.4(a), I, Theodore S. Hertzberg, United States Attorney for the Northern District of Georgia, hereby certify that Defendant Special Deputy Ja'Rad L. Hunt was acting within the scope of his deputation as a Special Deputy U.S. Marshal with the United States Marshals Service at the time of the acts and omissions alleged in this above-captioned lawsuit by Plaintiff Cathy George.

This 13th day of March, 2026.

Digitally signed by THEODORE HERTZBERG
Date: 2026.03.13 19:30:17 -04'00'

THEODORE S. HERTZBERG
*United States Attorney*