**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**

| | |
|---|---|
| Cathy George, | Case No. 1:25-cv-6059-JPB |
| *Plaintiff*, | |
| v. | |
| DeKalb County Sheriff's Office Deputy and U.S. Marshals Service Special Deputy Ja'Rad L. Hunt; Fourteen Unknown Law Enforcement Officers; and John Does, all sued in their individual capacities, | |
| *Defendants*. | |

**PLAINTIFF'S MOTION FOR LEAVE TO**
**FILE FIRST AMENDED COMPLAINT**

Plaintiff Cathy George respectfully moves this Court under Federal Rule of Civil Procedure 15 for leave to amend her complaint. Ms. George has not previously sought to amend her complaint.

On April 7, 2026, Plaintiff's counsel asked Defendant's counsel for written consent to amend the complaint. Defendant's counsel has not provided that consent.

Accompanying this motion is a supporting memorandum, the proposed first amended complaint, a redlined document showing how the proposed amended complaint differs from the original complaint, and a proposed order.

Respectfully submitted this 14th day of April 2026.

/s/ Andrew Canter
Andrew Canter
Georgia Bar No. 365212
Zack Greenamyre
Georgia Bar No. 293002
MITCHELL, SHAPIRO,
GREENAMYRE & FUNT LLP
881 Piedmont Ave.
Atlanta, GA 30309
404-812-4747 (phone)
404-812-4740 (fax)
zack@mitchellshapiro.com
andrew@mitchellshapiro.com

/s/ Marie L. Miller
Marie L. Miller*
Indiana Bar No. 34591-53
Arizona Bar No. 040537
INSTITUTE FOR JUSTICE
3200 N. Central Ave., Ste. 2160
Phoenix, AZ 85012
(480) 557-8300
mmiller@ij.org

John C. Korevec*
California Bar No. 310157
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Ste. 900
Arlington, VA 22203
(703) 682-9320
jkorevec@ij.org

*Admitted *pro hac vice*

*Counsel for Plaintiff*

2

CERTIFICATE OF COMPLIANCE

In accordance with Local Rule 5.1(C), this document was prepared in Century Schoolbook font (13 point type).

/s/ Marie L. Miller
Marie L. Miller
Indiana Bar No. 34591-53
Arizona Bar No. 040537
INSTITUTE FOR JUSTICE
3200 N. Central Ave., Ste. 2160
Phoenix, AZ 85012
(480) 557-8300
mmiller@ij.org

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2026, I electronically filed the foregoing Plaintiff's Motion for Leave to File First Amended Complaint with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

/s/ Marie L. Miller
Marie L. Miller*
Indiana Bar No. 34591-53
Arizona Bar No. 040537
INSTITUTE FOR JUSTICE
3200 N. Central Ave., Ste. 2160
Phoenix, AZ 85012
(480) 557-8300
mmiller@ij.org

*Counsel for Plaintiff*