**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**

| | |
|---|---|
| Cathy George, <br><br> *Plaintiff*, <br><br> v. <br><br> DeKalb County Sheriff's Office Deputy and U.S. Marshals Service Special Deputy Ja'Rad L. Hunt; Fourteen Unknown Law Enforcement Officers; and John Does, all sued in their individual capacities, <br><br> *Defendants*. | Case No. 1:25-cv-6059-JPB |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S**
**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

This matter comes before the Court on Plaintiff's Motion for Leave to File First Amended Complaint, filed April 14, 2026. The Court, having considered Plaintiff's motion, related memoranda, the proposed first amended complaint, and all other relevant papers, GRANTS the motion.

IT IS HEREBY ORDERED that:

1. Plaintiff Cathy George's Motion for Leave to File First Amended Complaint is GRANTED.

2. Plaintiff shall file her First Amended Complaint within 14 days of the date of this order.

So ORDERED this ____ day of _____, 2026.

_____

The Honorable J.P. Boulee
United States District Judge