IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Cathy George,

        Plaintiff,

      *v.*

Dekalb County Sheriff's Office
Deputy and U.S. Marshals Service
Special Deputy Ja'Rad L. Hunt;
Fourteen Unknown Law Enforcement
Officers; and John Does, all sued in
their individual capacities, and
United States of America,

        Defendants.

Civil Action No.
1:25-cv-06059-JPB

## UNOPPOSED MOTION FOR EXTENSION OF TIME AND INCORPORATED BRIEF IN SUPPORT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Ja'Rad L.

Hunt and United States of America ("Defendants")[1] respectfully move for: (1)

a fourteen day extension of time to file a reply in support of their Motion to

Dismiss (Doc. 13), through and including May 15, 2026 and (2) a seventeen-

day extension of time to file a responsive pleading to Plaintiff's Motion for

Leave to File First Amended Complaint ("Motion to Amend") (Doc. 20),

---

[1] Plaintiff does not oppose this request for an extension, but maintains and does not waive the argument asserted in her Response to Defendants' Motion to Dismiss that the substitution of the United States of America as a defendant in place of Defendant Hunt is not valid.

1

through and including May 15, 2026. In support of this motion, Defendants show the Court as follows:

Federal Rule of Civil Procedure 6(b) permits the Court broad discretion in granting extensions of time made prior to the expiration of the time originally permitted to make the subject filing. *See Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997) ("We recognize that district courts enjoy broad discretion in deciding how best to manage the cases before them."); *Cable/Home Commc'n Corp. v. Network Prods., Inc.*, 902 F.2d 829, 859 (11th Cir. 1990) (discussing discretion afforded to district courts when ruling on requests for extensions of time).

The current deadline for Defendants to file a response to Plaintiff's Motion to Amend is April 28, 2026 and the deadline to file a reply in support of their Motion to Dismiss is May 1, 2026. Due to the press of a busy litigation schedule including several depositions, two mediations, and two court conferences during the original time permitted for Defendants to prepare their filings, additional time is needed for defense counsel to adequately prepare Defendants' response to the Motion to Amend and a reply in support of the Motion to Dismiss. Further, this case involves novel and complex issues of law.

As a result, Defendants respectfully request an extension of their time to file a response to the Motion to Amend and a reply in support the Motion

to Dismiss, through and including May 15, 2026. This motion seeks a seventeen-day extension of time as to Defendants' response to the Motion to Amend and a two-week extension for Defendants' time to file a reply in support of the Motion to Dismiss. This is the first request for an extension of either filing deadline.

Plaintiff, through counsel, has indicated that this Motion is unopposed. For the Court's convenience, a proposed order granting the extension of time is attached.

Dated: April 23, 2026.

THEODORE S. HERTZBERG
*United States Attorney*

/s/ *Kathleen A. Taylor*
KATHLEEN A. TAYLOR
*Assistant United States Attorney*
Georgia Bar No. 973286
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303
Telephone: 404-581-6004
Kathleen.Taylor@usdoj.gov
*Counsel for Ja'rad L. Hunt and the*
*United States of America*

3

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the

foregoing document has been prepared using Century, 13-point font.

Dated: April 23, 2026.

/s/ *Kathleen A. Taylor*
KATHLEEN A. TAYLOR
*Assistant United States Attorney*
Georgia Bar No. 973286
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303
Telephone: 404-581-6000
Kathleen.Taylor@usdoj.gov
*Counsel for Ja'rad L. Hunt and the*
*United States of America*

4

## CERTIFICATE OF SERVICE

I served this document today by filing it using the Court's CM/ECF

system, which automatically notifies the parties and counsel of record.

Dated: April 23, 2026.

/s/ *Kathleen A. Taylor*

KATHLEEN A. TAYLOR

*Assistant United States Attorney*

Georgia Bar No. 973286

75 Ted Turner Drive SW, Suite 600

Atlanta, Georgia 30303

Telephone: 404-581-6000

Kathleen.Taylor@usdoj.gov

*Counsel for Ja'rad L. Hunt and the*

*United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Cathy George,

     Plaintiff,

    *v.*

Dekalb County Sheriff's Office
Deputy and U.S. Marshals Service
Special Deputy Ja'Rad L. Hunt;
Fourteen Unknown Law Enforcement
Officers; and John Does, all sued in
their individual capacities, and
United States of America,

    Defendants.

Civil Action No.
1:25-cv-06059-JPB

## ORDER

Having read and considered the Unopposed Motion for Extension of

Time to file a reply in support of the Motion to Dismiss and to file a

responsive pleading to Plaintiff's Motion for Leave to File First Amended

Complaint, and for good cause shown, it is hereby ORDERED that an

extension of time as to both filings, through and including May 15, 2026, is

granted.

    SO ORDERED, this _____ day of _____, 2026.

_____
HON. J.P. BOULEE
United States District Judge