IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Cathy George,

      Plaintiff,

      *v.*

Dekalb County Sheriff's Office
Deputy and U.S. Marshals Service
Special Deputy Ja'Rad L. Hunt;
Fourteen Unknown Law Enforcement
Officers; and John Does, all sued in
their individual capacities, and
United States of America,

      Defendants.

Civil Action No.
1:25-cv-06059-JPB

## <u>UNOPPOSED MOTION FOR EXTENSION OF TIME AND INCORPORATED BRIEF IN SUPPORT</u>

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Ja'Rad L.

Hunt and United States of America ("Defendants") respectfully submit this

motion for a 14-day extension of time in which they may file a response to

Plaintiff's Motion for Leave to File First Amended Complaint ("Motion to

Amend") (Doc. 20) and a reply in support of the Motion to Dismiss (Doc. 13).

In support of this motion, Defendants show the Court as follows:

1.

On March 13, 2026, Defendants filed their Motion to Dismiss Plaintiff's

Complaint (Doc 13). Plaintiff filed her Motion to Amend (Doc. 20) on April 14,

1

2026 and filed a Response in Opposition to the Motion to Dismiss (Doc 21) on April 17, 2026.

2.

Plaintiff, through counsel, has stated that she intends to withdraw the pending Motion to Amend (Doc. 20) and file another amended complaint, either by consent or motion, which would moot both the currently pending Motion to Dismiss (Doc. 13) and Plaintiff's Motion to Amend (Doc. 20).

3.

This request for an extension, if granted, may prevent unnecessary filings on the docket and continued briefing on the Complaint (Doc. 1) and Proposed Amended Complaint (Doc. 20-1), both of which will become moot when Plaintiff files an amended pleading.

4.

Defendants have not yet reviewed a proposed amended pleading, but anticipate that it may be filed with the consent of the parties, without the necessity of a Court ruling.

5.

Federal Rule of Civil Procedure 6(b) permits the Court broad discretion in granting extensions of time made prior to the expiration of the time originally permitted to make the subject filings. *See Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997) ("We recognize that district

courts enjoy broad discretion in deciding how best to manage the cases before them."); *Cable/Home Commc'n Corp. v. Network Prods., Inc.*, 902 F.2d 829, 859 (11th Cir. 1990) (discussing discretion afforded to district courts when ruling on requests for extensions of time).

The current deadline for Defendants to file a response to Plaintiff's Motion to Amend and a reply in support of the Motion to Dismiss is May 15, 2026. As explained above, an extension may reduce the number of filings on the docket and prevent unnecessary briefing that may become moot.

As a result, Defendants respectfully request a 14-day extension of their time to file a response to the Motion to Amend and a reply in support of the Motion to Dismiss, through and including May 29, 2026.

Plaintiff, through counsel, has indicated that this extension is unopposed. For the Court's convenience, a proposed order granting the extension of time is filed herewith.

> THEODORE S. HERTZBERG
> United States Attorney
>
> /s/ *Kathleen A. Taylor*
> KATHLEEN A. TAYLOR
> *Assistant United States Attorney*
> Georgia Bar No. 973286
> 75 Ted Turner Drive SW, Suite 600
> Atlanta, Georgia 30303
> Telephone: 404-581-6000
> Kathleen.Taylor@usdoj.gov

3

*Counsel for Ja'rad L. Hunt and the*
*United States of America*

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing document has been prepared using Century Schoolbook, 13-point font.

Dated: May 13, 2026.

/s/ *Kathleen A. Taylor*
KATHLEEN A. TAYLOR
*Assistant United States Attorney*
Georgia Bar No. 973286
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303
Telephone: 404-581-6000
Kathleen.Taylor@usdoj.gov
*Counsel for Ja'rad L. Hunt and the*
*United States of America*

## CERTIFICATE OF SERVICE

I served this document today by filing it using the Court's CM/ECF

system, which automatically notifies the parties and counsel of record.

Dated: May 13, 2026.

/s/ *Kathleen A. Taylor*
KATHLEEN A. TAYLOR
*Assistant United States Attorney*
Georgia Bar No. 973286
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303
Telephone: 404-581-6000
Kathleen.Taylor@usdoj.gov
*Counsel for Ja'rad L. Hunt and the*
*United States of America*