IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Cathy George,

      Plaintiff,

    *v.*

Dekalb County Sheriff's Office
Deputy and U.S. Marshals Service
Special Deputy Ja'Rad L. Hunt;
Fourteen Unknown Law Enforcement
Officers; and John Does, all sued in
their individual capacities, and
United States of America,

      Defendants.

Civil Action No.
1:25-cv-06059-JPB

## **ORDER**

Having read and considered the Unopposed Motion for Extension of Time to file a reply in support of the Motion to Dismiss and to file a responsive pleading to Plaintiff's Motion for Leave to File First Amended Complaint, and for good cause shown, it is hereby ORDERED that an extension of time as to both filings, through and including May 29, 2026, is granted.

SO ORDERED, this _____ day of _____, 2026.

_____
HON. J.P. BOULEE
United States District Judge

Presented by:

Kathleen Taylor

Assistant United States Attorney