IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CATHY GEORGE,

    PLAINTIFF,

    *v.*

DEKALB COUNTY SHERIFF'S
OFFICE DEPUTY AND U.S.
MARSHALS SERVICE SPECIAL
DEPUTY JA'RAD L. HUNT;
FOURTEEN UNKNOWN LAW
ENFORCEMENT OFFICERS; AND
JOHN DOES, ALL SUED IN THEIR
INDIVIDUAL CAPACITIES, AND
UNITED STATES OF AMERICA,

    DEFENDANTS.

Civil Action No.
1:25-cv-06059-JPB

## NOTICE OF ENTRY OF APPEARANCE

The undersigned Assistant U.S. Attorney Jonathan D. Letzring, hereby files

this notice of appearance in the above-styled case, and respectfully requests that

he be entered as co-counsel of record for Defendants United States of America and

Ja'Rad L. Hunt.

Dated: May 14, 2026.

Respectfully submitted,

THEODORE S. HERTZBERG
UNITED STATES ATTORNEY

*/s/ Jonathan D. Letzring*

Jonathan D. Letzring
Assistant U.S. Attorney
Georgia Bar No. 141651
600 Richard B. Russell Federal Bldg.
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
Telephone: (404) 581-6000
jonathan.letzring@usdoj.gov

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing document was prepared in conformity with Local Rule 5.1B using Book Antiqua 13-point font.

Dated: May 14, 2026.

*/s/Jonathan D. Letzring*
Jonathan D. Letzring
Assistant U.S. Attorney

1