IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Cathy George,

      Plaintiff,

    *v.*

Dekalb County Sheriff's Office
Deputy and U.S. Marshals Service
Special Deputy Ja'Rad L. Hunt;
Fourteen Unknown Law Enforcement
Officers; and John Does, all sued in
their individual capacities, and
United States of America,

      Defendants.

Civil Action No.
1:25-cv-06059-JPB

## UNOPPOSED MOTION FOR STAY OF BRIEFING ON MOTION TO DISMISS AND PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND INCORPORATED BRIEF IN SUPPORT

Pursuant to Federal Rule of Civil Procedure 6(b), Ja'Rad L. Hunt and

United States of America ("Defendants") respectfully submit this motion for a

stay of the time in which they may file a response to Plaintiff's Motion for

Leave to File First Amended Complaint ("Motion to Amend") (Doc. 20) and a

reply in support of the Motion to Dismiss (Doc. 13). In support of this motion,

Defendants show the Court as follows:

1.

On March 13, 2026, Defendants filed their Motion to Dismiss Plaintiff's

Complaint (Doc 13). Plaintiff filed her Motion to Amend (Doc. 20) on April 14,

1

2026 and filed a Response in Opposition to the Motion to Dismiss (Doc 21) on April 17, 2026.

2.

Plaintiff, through counsel, has stated that she intends to file another amended complaint, either by consent or motion. The filing of such an amended complaint would moot both the currently pending Motion to Dismiss (Doc. 13) and Plaintiff's Motion to Amend (Doc. 20).

3.

The Court granted an extension of the time in which Defendants could file a reply in support of their Motion to Dismiss and a response to Plaintiff's Motion to Amend, through and including May 29, 2026.

4.

The Parties are actively conferring regarding Plaintiff's preparation of another amended complaint and possible written consent to file it under Federal Rule of Civil Procedure 15(a)(2). A final version of the proposed amended complaint is not yet available and additional time is required for Plaintiff to prepare the pleading and for Defendants to review it.

5.

This request for a stay of the briefing on the Motion to Dismiss and Motion to Amend, if granted, will prevent unnecessary filings on the docket and continued briefing on motions about the Complaint (Doc. 1) and Proposed

Amended Complaint (Doc. 20-1)—motions that will become moot upon the filing of an amended complaint.

6.

Federal Rule of Civil Procedure 6(b) affords the Court broad discretion in granting extensions of time made prior to the expiration of the time originally permitted to make the subject filings. *See Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997) ("We recognize that district courts enjoy broad discretion in deciding how best to manage the cases before them."); *Cable/Home Commc'n Corp. v. Network Prods., Inc.*, 902 F.2d 829, 859 (11th Cir. 1990) (discussing discretion afforded to district courts when ruling on requests for extensions of time).

7.

The current deadline for Defendants to file a response to Plaintiff's Motion to Amend and a reply in support of the Motion to Dismiss is May 29, 2026. As explained above, an extension may reduce the number of filings on the docket and prevent unnecessary briefing that may become moot.

8.

As a result, Defendants respectfully request a stay of their time to file a response to the Motion to Amend and a reply in support of the Motion to Dismiss until Plaintiff files an amended complaint, whether by consent or motion.

9.

Plaintiff, through counsel, has indicated that this request for a stay of the briefing is unopposed. For the Court's convenience, a proposed order granting the extension of time is filed herewith.

Dated: May 27, 2026

THEODORE S. HERTZBERG
United States Attorney

/s/ *Kathleen A. Taylor*
KATHLEEN A. TAYLOR
*Assistant United States Attorney*
Georgia Bar No. 973286
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303
Telephone: 404-581-6000
Kathleen.Taylor@usdoj.gov
*Counsel for Ja'rad L. Hunt and the*
*United States of America*

4

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing document has been prepared using Century Schoolbook, 13-point font.

Dated: May 27, 2026.

/s/ *Kathleen A. Taylor*
KATHLEEN A. TAYLOR
*Assistant United States Attorney*
Georgia Bar No. 973286
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303
Telephone: 404-581-6000
Kathleen.Taylor@usdoj.gov
*Counsel for Ja'rad L. Hunt and the*
*United States of America*

## CERTIFICATE OF SERVICE

I served this document today by filing it using the Court's CM/ECF

system, which automatically notifies the parties and counsel of record.

Dated: May 27, 2026.

/s/ *Kathleen A. Taylor*
KATHLEEN A. TAYLOR
*Assistant United States Attorney*
Georgia Bar No. 973286
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303
Telephone: 404-581-6000
Kathleen.Taylor@usdoj.gov
*Counsel for Ja'rad L. Hunt and the*
*United States of America*

6