IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Cathy George,

     Plaintiff,

    *v.*

Dekalb County Sheriff's Office
Deputy and U.S. Marshals Service
Special Deputy Ja'Rad L. Hunt;
Fourteen Unknown Law Enforcement
Officers; and John Does, all sued in
their individual capacities, and
United States of America,

     Defendants.

Civil Action No.
1:25-cv-06059-JPB

## <u>ORDER</u>

Having read and considered the Unopposed Motion for Stay of Briefing on Motion to Dismiss and Plaintiff's Motion for Leave to File First Amended Complaint, and for good cause shown, it is hereby ORDERED the time to file a response to the Motion to Amend and a reply in support of the Motion to Dismiss is stayed until Plaintiff files an amended complaint, whether by consent or motion. Any party may petition the Court to lift or modify the stay by filing a motion.

SO ORDERED, this _____ day of _____, 2026.

_____
HON. J.P. BOULEE
United States District Judge

Presented by:
Kathleen Taylor
Assistant United States Attorney