# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Cathy George,<br><br>*Plaintiff*,<br><br>v.<br><br>Ja'Rad L. Hunt, Walter Dennard, Fourteen Unknown Law Enforcement Officers, and John Does, all sued in their individual capacities; United States of America,<br><br>*Defendants*. | Case No. 1:25-cv-6059-JPB |

## SECOND DECLARATION OF MARIE MILLER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLARIFICATION OR IN THE ALTERNATIVE MOTION FOR LEAVE TO ENGAGE IN EARLY LIMITED DISCOVERY

I, Marie Miller, submit this declaration under 28 U.S.C. § 1746.

1. I am an attorney employed by the nonprofit law firm Institute for Justice and counsel of record for Plaintiff Cathy George in the above-captioned case. The following statements are based on my personal knowledge, and I am competent to testify to the matters stated here.

2. I am also counsel of record for the plaintiff, George Retes, Jr., in *Retes v. United States*, No. 2:26-cv-01761-JAK-AYP (C.D. Cal.).

3. The plaintiff in that case sued the United States and various unnamed John Doe officers.

4. In September 2026, the plaintiff in *Retes* filed a discovery motion to uncover the Doe defendants' identities before the start of formal discovery. No. 2:26-cv-01761 Doc. 37.

5. In response, the United States' attorneys in that case reached out to me to confer about disclosing the identities without the need for the court to resolve plaintiff's motion. The parties have been conferring about that, and the United States has agreed to voluntarily answer Plaintiff Retes's proposed interrogatory seeking the identities of the Doe defendants, subject to possible objections.

6. On November 3, 2026, counsel for the United States in the *Retes* case emailed me. The attorney asked if Plaintiff Retes would agree to extend the United States' deadline to respond to the Second Amended Complaint, "[g]iven that the parties are in the process of meeting and conferring on the identities of the DOE defendants and the likely Third Amended Complaint" that will be filed after those defendants are disclosed. The United States' attorney explained, "We believe it would be most efficient to respond to any operative complaint addressing all claims versus proceeding piecemeal." A true and correct copy of that email is attached as **Exhibit 1**.

7. In the *Retes* case, neither party (Plaintiff Retes or the United States) has anticipated or otherwise discussed amendments to the Second Amended Complaint apart from amendments concerning the identification of the Doe

defendant officers.

I declare under penalty of perjury that the foregoing is true and correct.

DATED and SIGNED this 12th day of November 2026.

Marie Miller

## CERTIFICATE OF COMPLIANCE

In accordance with Local Rule 5.1(C), this document was prepared in Century Schoolbook font (13-point type).

/s/ Marie Miller
Marie Miller*
Indiana Bar No. 34591-53
Arizona Bar No. 040537
INSTITUTE FOR JUSTICE
3200 N. Central Ave. Ste. 2160
Phoenix, AZ 85012
(480) 557-8300
mmiller@ij.org

*Admitted *pro hac vice*

*Counsel for Plaintiff*