# EXHIBIT 1

*Second Declaration of Marie Miller in Support of Plaintiff's Motion for Clarification or in the Alternative Motion to Engage in Early Limited Discovery*

**Marie Miller**

---

**From:** Marquez, Christina (USACAC) <Christina.Marquez@usdoj.gov>
**Sent:** Tuesday, November 3, 2026 6:00 PM
**To:** Marie Miller; Patrick Jaicomo
**Cc:** Farrell, Alexander (USACAC)
**Subject:** FW: Activity in Case 2:26-cv-01761-JAK-AYP George Retes, Jr. v. United States of America et al Amended Complaint/Petition

Hi Marie,

Given that the parties are in the process of meeting and conferring on the identities of the DOE defendants and the likely Third Amended Complaint, is Plaintiff agreeable to continuing out our deadline to respond to the SAC by another 30 days? We believe it would be most efficient to respond to any operative complaint addressing all claims versus proceeding piecemeal.

Let me know if you would like to discuss over the phone.

Best,

Christina

---

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Tuesday, October 13, 2026 11:58 AM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:26-cv-01761-JAK-AYP George Retes, Jr. v. United States of America et al Amended Complaint/Petition

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

## Notice of Electronic Filing

The following transaction was entered by Miller, Marie on 10/13/2026 at 11:58 AM PDT and filed on 10/13/2026

**Case Name:** George Retes, Jr. v. United States of America et al
**Case Number:** 2:26-cv-01761-JAK-AYP
**Filer:** George Retes, Jr
**Document Number:** 40

**Docket Text:**
**SECOND AMENDED COMPLAINT against Defendants All Defendants amending Complaint (Attorney Civil Case Opening)[1], filed by Plaintiff George Retes, Jr (Attachments: # (1) Appendix Redline of Complaint and 2nd Amended Complaint)(Miller, Marie)**

**2:26-cv-01761-JAK-AYP Notice has been electronically mailed to:**

Alexander Layne Farrell alexander.farrell@usdoj.gov, Alexander.farrell@usdoj.gov, carolina.usi@usdoj.gov, CaseView.ECF@usdoj.gov, USACAC.Civil@usdoj.gov

Anna M Barvir abarvir@michellawyers.com, cmichel@michellawyers.com, lfera@michellawyers.com

Christina Alejandra Marquez christina.marquez@usdoj.gov, CaseView.ECF@usdoj.gov, USACAC.Civil@usdoj.gov, Zoey.Collea@usdoj.gov

Marie L Miller mmiller@ij.org, kherndon@ij.org

Patrick M Jaicomo pjaicomo@ij.org

**2:26-cv-01761-JAK-AYP Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Retes v. United States et al._Second Amended Complaint.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/13/2026] [FileNumber=43794313-0] [0dd666ed6f685efbd6d0d29b2f6e3731c1137f035f55e61fc2b3bce070cc1432fe eea00d981636148238dc0b153ce39af301a5dc209189cec5c5d3f6610c7318]]
**Document description:**Appendix Redline of Complaint and 2nd Amended Complaint
**Original filename:**C:\fakepath\Retes v. United States et al._Second Amended Complaint_Redline.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/13/2026] [FileNumber=43794313-1] [a1df6afefe9123ef023ed6066fbdbf8b636088451488bd97936f3af743a0ebdd76 8d9cb0a69fcb644172f6fd69c6074eba7667d0ef66654f2b4478b525694188]]